IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LUCINDA JACKSON, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 2:21-cv-10190-GAD-RSW** |
| vs. | **JURY TRIAL DEMANDED** |
| GREEN GENIE INC., a Michigan corporation, | |
| *Defendant*. _____/ | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Lucinda Jackson, and Defendant, Green Genie Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Lucinda Jackson, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

3. This Court shall maintain jurisdiction to enforce the parties' settlement agreement, if necessary.

Date: March 30, 2021

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | **HOWARD & HOWARD ATTORNEYS PLLC** |
| /s/ Andrew J. Shamis | By: /s/Jonathan F. Karmo (P76768) |
| Andrew J. Shamis, Esq. | Counsel for Defendant |
| Florida Bar No. 101754 | 450 W. Fourth Street |
| ashamis@shamisgentile.com | Royal Oak, MI 48067 |
| 14 NE 1st Avenue, Suite 705 | (248) 723-0325 |
| Miami, FL 33132 | jfk@h2law.com |
| Telephone: 305-479-2299 | |
| | |
| *Counsel for Plaintiff and the Class* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                          **SHAMIS & GENTILE, P.A.**
                          14 NE 1st Ave., Suite 705
                          Miami, FL 33132
                          Telephone (305) 479-2299
                          Facsimile (786) 623-0915
                          Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
           Andrew J. Shamis, Esq.
           Florida Bar # 101754

*Attorneys for Plaintiff and the Class*