## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LUCINDA JACKSON, individually
and on behalf of all others similarly situated,

      Plaintiff,                  Case No. 21-10190

v.                               District Judge Gershwin A. Drain

                                     Magistrate Judge R. Steven Whalen

GREEN GENIE, a Michigan corporation,

      Defendant.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Upon the stipulation of the parties and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

IT IS FURTHER ORDERED that this Court shall maintain jurisdiction to enforce the parties' settlement agreement, if necessary.

IT IS SO ORDERED.

Dated: April 1, 2021

                                 s/Gershwin A. Drain

                                 GERSHWIN A. DRAIN

                                 U.S. DISTRICT COURT JUDGE

Stipulated and agreed:

**SHAMIS & GENTILE, P.A.**

By: /s/Andrew J. Shamis
Counsel for Plaintiff
Florida Bar No. 101754
14 NE 1st Avenue, Ste. 705
Miami, FL 33132
(305) 479-2299
ashamis@shamisgentile.com


**HOWARD & HOWARD ATTORNEYS PLLC**

By: /s/Jonathan F. Karmo (P76768)
Counsel for Defendant
450 W. Fourth Street
Royal Oak, MI 48067
(248) 723-0325
jfk@h2law.com